# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>NOEL CHINCHILLA-AVILEZ ("CHINCHILLA")<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 1:25-MJ-00009 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2023 to the present__ in the county of __York__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1253(a)(1)(A) | Failure to depart |

This criminal complaint is based on these facts:

I, Cory Clifford, being duly sworn, do hereby depose and state as follows:

☑ Continued on the attached sheet.

_Complainant's signature_

Cory Clifford, HSI SA
*Printed name and title*

Sworn to telephonically and signed electronically by me.

Date: 2/10/2025

_Judge's signature_

City and state: Harrisburg, PA

Susan E. Schwab, U.S. Magistrate Judge
*Printed name and title*

# CONTINUATION SHEETS

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been since September 2015. Prior to my employment as a Special Agent, I was a United States Border Patrol Agent and later a Supervisory United States Border Patrol Agent from June 2008 until September 2015. I am currently assigned to York, Pennsylvania. Since becoming a Special Agent, I have participated in numerous investigations into international narcotics trafficking, money laundering, child exploitation, and intellectual property rights.

2. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code and other related offenses.

3. In addition to my investigative experience, I have successfully completed the following trainings: U.S. Border Patrol Academy, Criminal Investigator Training Program, and Immigration and Customs Enforcement ("ICE") Special Agent Training. I earned a bachelor's degree in

English literature in 2004 and a master's degree in education in 2006, both from Le Moyne College in Syracuse, New York.

4. As a federal investigator, I have conducted interviews of witnesses, victims, and suspects. I have also utilized physical and electronic surveillance as well as pen registers and trap and trace devices in furtherance of investigations. I have participated in searches authorized by consent, search warrants, and other legal grounds for residences, businesses, electronic devices, and vehicles for the purpose of obtaining evidence.

5. The facts in this application come from my personal observations, my training and experience, and information obtained from other officers, agents, and witnesses. This application is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

6. I respectfully submit that the facts contained in the paragraphs below demonstrate that there is probable cause to believe that Noel CHINCHILLA-AVILEZ has committed the specified violation of 8 U.S.C. § 1253.

## PROBABLE CAUSE

7. On January 26, 2025, Homeland Security Investigations ("HSI") in York, Pennsylvania received information that Noel CHINCHILLA-AVILEZ ("CHINCHILLA") was residing at 252 E. College Avenue in York, Pennsylvania. CHINCHILLA had been identified by Immigration and Customs Enforcement and Removal Operations ("ERO") as a Honduran national illegally present in the United States against whom a final order of removal had been issued.

8. A review of law enforcement databases revealed that on September 6, 2016, the United States Border Patrol arrested CHINCHILLA near the Rio Grande Valley, Texas. He was issued a Notice to Appear (Form I-862) pursuant to 212(a)(6)(A)(i) of the Immigration and Nationality Act. The Office of Refugee Resettlement Division of Children Services assumed custody of CHINCHILLA due to his age at the time.

9. On September 29, 2016, CHINCHILLA was released to a sponsor. A check of immigration databases revealed that on January 18, 2017, CHINCHILLA appeared at an immigration hearing without an attorney and requested adjournment to hire an attorney. On May 17, 2017, CHINCHILLA appeared at an immigration hearing with counsel. On

May 2, 2018, CHINCHILLA again appeared at an immigration hearing with counsel. On November 22, 2018, CHINCHILLA was scheduled for a hearing in immigration court that was rescheduled due to a government shutdown. On January 28, 2020, CHINCHILLA and his attorney, Benjamin Islas, Esquire, of the Dyson Law Firm, appeared for a hearing before immigration court. At that hearing CHINCHILLA was scheduled for a subsequent hearing on April 30, 2020.

10. CHINCHILLA was also issued a notice through his attorney for the scheduled hearing that noted that

> failure to appear at a hearing except for exceptional circumstances may result in one of more of the following actions: 1) You may be taken into custody by the Department of Homeland Security and held for further action. 2) Your hearing may be held in your absence under section 240(b)(5) of the Immigration and Nationality Act. An order of removal will be entered against you if the Department of Homeland Security established by clear, unequivocal, and convincing evidence that a) you or your attorney has been provided this notice and b) you are removable.

11. Also included on the notice was the warning that CHINCHILLA must report any change of address within five days of the date of the notice to the court. It is noted that "correspondence from the court, including hearing notices, will be sent to the most recent address you

4

have provided, and will be considered sufficient notice to you and these proceedings can go forward in your absence."

12. The April 30, 2020, hearing was later postponed. On February 9, 2023, an immigration hearing was held via Webex at which CHINCHILLA's attorney was present. But CHINCHILLA was absent. CHINCHILLA was subsequently issued a final order of removal in absentia by an immigration judge in New York, New York due to his failure to appear at the hearing. That order noted that "[a]t a prior hearing the respondent admitted the factual allegations in the Notice to Appear and conceded removability. I find removability established as charged."

13. A copy of the final order of removal for CHINCHILLA was also sent to his attorney at the Dyson Law Firm via mail on or about February 9, 2023.

14. CHINCHILLA failed or refused to depart from the United States within 90 days from the date of the final order of removal.

15. On January 26, 2025, HSI Special Agents (SAs) and ERO agents wearing police markings knocked on the front door of the residence at 252 E. College Avenue. Agents observed a male individual bearing similar physical characteristics of CHINCHILLA in a second-floor

window of the residence peering out at them as they knocked on the door. Agents did not receive a response to their knocks upon the door.

16. On or about February 3, 2025, HSI conducted a review of CHINCHILLA's criminal history. HSI discovered that CHINCHILLA had been charged on June 28, 2022, by the Nassau County Police Department in Baldwin, New York for Rape 2nd Degree—Actor 18 years or more, victim under 15 years; and Endangering Welfare of a Child—Injurious to minor under 17 years. The final disposition for this arrest is still unknown.

17. Further checks revealed that CHINCHILLA was arrested by the York City Police Department ("YCPD") on June 13, 2024, for conspiracy to receive stolen property. On June 7, 2024, YCPD had responded to a complaint of a burglary at a residence in York, Pennsylvania. The victim reported that tools and household items had been stolen from his/her residence. The victim stated that he/she had called police because he/she had discovered some of the stolen tools for sale on Facebook Marketplace. The listing seller was "Noel Avilez". The victim had called the phone number listed for the sale of the tools and feigned interest in buying them. The victim reported that a male subject on the phone stated that

6

he resided at 252 E. College Avenue, York, Pennsylvania but that he was not home currently. He stated that his wife would bring out the tools for the victim to look at them.

18. The victim and a YCPD officer went to 252 E. College Avenue, where they met with CHINCHILLA's wife and conducted a controlled purchase of the tools. A state search warrant was applied for and obtained for the residence and items listed in that search warrant were recovered within the residence. CHINCHILLA was not present at the residence during the execution of the search warrant, but YCPD Officers called CHINCHILLA afterward and on the same day he voluntarily came to the YCPD Police Station to speak with officers there. AVILEZ was identified as Noel CHINCHILLA-AVILEZ. He admitted to selling the stolen tools during an interview and was charged with conspiracy to receive stolen property. The residence identified as CHINCHILLA's residence was 252 E. College Avenue, York, Pennsylvania. This charge is still pending judicial disposition.

19. On July 26, 2024, CHINCHILLA was also cited for operating a vehicle without a valid driver's license, driving an unregistered vehicle, and operating a vehicle without the required financial responsibility by

the York County Regional Police Department pursuant to a traffic stop. During the traffic stop, CHINCHILLA was identified as the driver of a black Dodge Caravan bearing Ohio license plate C283004. During the traffic stop, CHINCHILLA's residence address was identified as 252 E College Avenue, York, Pennsylvania, within the Middle District of Pennsylvania.

20. On February 4, 2025, HSI and ERO agents went to 252 E. College Avenue. While agents were attempting to observe the license plate of a black Dodge caravan parked in the rear of the residence, a female appeared on the second-floor balcony of the residence. She asked the agents what they were doing, and agents informed her that they were looking for Noel CHINCHILLA. She identified herself as the sister of Noel, Yeimi Chinchilla. She stated that she did not have Noel's phone number and did not know where he was residing. She stated that he had left the residence approximately three months ago and she had not seen him since. The black Dodge caravan was observed to have an in-transit temporary bearing registration number 6552-894. License plate checks revealed no record of the temporary license plate. Based upon the observations made and previous investigation, it is likely that the black Dodge

caravan observed at the residence is the same vehicle CHINCHILLA was driving when he was cited by the York Regional Police Department.

21. On February 4, 2025, HSI SAs conducted checks related to international imports. They discovered that on the same day, 244 N. Duke Street, Apartment 3, in York, Pennsylvania was recorded as the recipient address of an international parcel. The shipment description was recorded as "women's suite [sic] 100 polyurethane," with a listed sender of Guangzhou Hongyi LLC, Anbo Logistics Center San Shui Dist, GD, Fo Shan, 528143, China. The listed recipient of the package was "Noel Chinchilla" 244 South Duke St., Apartamento 3, York, Pennsylvania 17401, within the Middle District of Pennsylvania. Due to the distinctiveness of the name, it is believed that this package was intended for CHINCHILLA, as identified by the final order of removal. 244 South Duke Street is also less than a half a mile from 252 E. College Avenue, York, Pennsylvania.

22. HSI SAs and ERO agents conducted surveillance at the residence on the morning of February 5, 2025. Agents observed on numerous occasions a male and female subject in a third story window parting the curtains and observing the street below in both directions. In your

9

affiant's training and experience, this frequent observation of the street outside a residence is indicative of counter surveillance.

## CONCLUSION

CHINCHILLA has been issued a final order of removal from the United States. As indicated by the final order, which was signed by an Immigration Judge, a copy of that order was sent to the registered attorney for CHINCHILLA. A review of immigration databases illustrated that CHINCHILLA was previously responsive and engaged in court processes necessitated by his case. He made previous scheduled appearances with his counsel. He was advised via a notice of hearing of immigration proceedings that hearings may be held in his absence if hearing notices were provided to him or his counsel. He was also advised that it was incumbent upon him to report any changes of address within five days of a hearing notification, that correspondence sent to his last reported address was to be considered sufficient notice, and that hearings would be held in absentia if necessary. It is therefore more likely than not that CHINCHILLA would have known that he was to appear on February 9, 2023, for an immigration hearing. Also, CHINCHILLA's attorney received a copy of the final order of removal in absentia issued against him

on February 9, 2023, via mail service, and it was probable that CHINCHILLA would have been notified by his counsel of the final order of removal issued against him.

Based upon the above-described investigation, it is likely that CHINCHILLA is residing or present at either 252 E. College Avenue, York, Pennsylvania, or 244 S. Duke Street, Apartment 3, York, Pennsylvania, both of which are within the Middle District of Pennsylvania. Based on the observations made during surveillance of both addresses, it is likely CHINCHILLA is avoiding encounters with law enforcement that would result in his apprehension and execution of the final order of removal. For these reasons, there is probable cause to believe that CHINCHILLA has committed a violation of 8 U.S.C. § 1253, as he willfully fails or refuses to depart from the United States within a period of 90 days from the date of the final order of removal under administrative processes.